Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

District Of New Jersey

In re  Grace Marie DeLeonibus      ,      Case No.  16-27422-CMG

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   2    (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on         02/09/2018         .

Wilmington Savings Fund Society, et al
Name of Alleged Transferor

Planet Home Lending LLC
Name of Transferee

Address of Alleged Transferor:
Wilmington Savings Fund Society, et al
Rushmore Loan Management Servivices
POB 55004
Irvine, CA 92619

Address of Transferee:
Planet Home Lending LLC
321 Research Parkway
Meriden, CT 06450-8301

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/16/2018

Jeanne A. Naughton
**CLERK OF THE COURT**