Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                               Case No.: 16−27422−CMG
                               Chapter: 13
                               Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grace Marie DeLeonibus
   6 N Parkview Terrace
   Hazlet, NJ 07730

Social Security No.:
   xxx−xx−9925

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2018
JAN: slf

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-27422-CMG
Grace Marie DeLeonibus                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2              Date Rcvd: Feb 22, 2018
                            Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
```
db             +Grace Marie DeLeonibus,    6 N Parkview Terrace,    Hazlet, NJ 07730-1022
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave, Suite 100,   Boca Raton, Fl 33487-2853
lm             +KML Law Group, PC,    216 Haddon Ave,   Ste. 406,    Westmont, NJ 08108-2812
cr             +Planet Home Lending,    Friedman Vartolo LLP,    85 Broad Street,   Suite 501,
                 New York, NY 10004-1734
516386370      +ANI Medical Group,    1 Bethany Road,    Bldg 2, Suite 2,   Hazlet, NJ 07730-1659
516386371       Bruce R. Rosenblum MD, PC,    160 Avenue at the Common - Suite 2,    Shrewsbury, NJ 07702-4570
516386372       Community Surgical Supply,    PO Box 4686,    Toms River, NJ 08754-4686
516386373      +Deutche Bank National Trust Company,    C/O Powers Kirn, LLLC,    728 Marne Highway,   Suite 200,
                 Moorestown, NJ 08057-3128
516606491       Deutsche Bank National Trust Co.,    Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Drpt.,
                 PO box 24605,   West Palm Beach, FL 33416-4605
516605270      +Deutsche Bank National Trust Company,    Ocwen Loan Servicing, LLC,
                 ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
516386374      +Holmdel Cardiology Association,    717 North Beers,    Suite 1B,   Holmdel, NJ 07733-1525
516386375      +Holmdel Pulmonary LLC,    PO Box 284,   Wickatunk, NJ 07765-0284
516386378       MONOC,    C/O Gem Recovery Systems,   PO Box 85,    Emerson, NJ 07630-0085
516386379      +MTGLQ Investors, L.P,    C/O KML Law Group, P.C.,    216 Haddon Avenue., Suite 406,
                 Hazlet, NJ 08108-2812
516386376      +Metropolital Surgical Institute, LLC,    540 Bordentown Avenue,    South Amboy, NJ 08879-1546
516386377      +Monmouth County Hospital,    4806 Megill Road,    Suite #3,   Neptune, NJ 07753-6926
516386380      #Navensink Radiology, LLC,    PO Box 9337,    Peoria, IL 61612-9337
517324806      +Planet Home Lending LLC,    85 Broad Street,    Suite 501,   New York, NY 10004-1734
516386381      +Red Bank Anesthesia,    C/O Miller Devro and Associates,    3822 River Road,
                 Point Pleasant, NJ 08742-2067
516386382       Rushmore,   Rushmore Loan Management Services, LLC,    Los Angeles, CA 90051-4707
516386383      +Vinutha Raj, MD,   80 Hazlet Avenue,    Suite 10,    Hazlet, NJ 07730-1600
516609616       Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,   Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2018 00:07:12    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2018 00:07:08    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516396355       EDI: RMSC.COM Feb 22 2018 23:43:00    Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 3
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Feb 22, 2018
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
              Adam Jason Friedman    on behalf of Creditor    Planet Home Lending bankruptcy@friedmanvartolo.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    Wilmington Trust, National Association, et al
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Eugene D. Roth    on behalf of Debtor Grace Marie DeLeonibus erothesq@gmail.com
              Justin   Plean    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 rsolarz@kmllawgroup.com
                                                                                             TOTAL: 7
```